Jose daniel Lazos
Name

800 N. Main
Newton KS 67114
Address

FILED

DEC 18 2023

Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Jose Daniel Lazos , Plantiff
*(Full Name)*

V.

Jeff Zmuda , Defendant (s)
Jesse Howes

CASE NO.   23-3259-JWL
*(To be supplied by the Clerk)*

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Jose daniel Lazos , is a citizen of Kansas
   *(Plaintiff)*                                    *(State)*

   who presently resides at Harvey County Detention Center
   *(Mailing address or place*
   800 N. Main, Newton KS 67114 .
   *of confinement.)*

2) Defendant Jeff Zmuda is a citizen of
   *(Name of first defendant)*

   Kansas , and is employed as
   *(City, State)*

   Secretary of Corrections . At the time the
   *(Position and title, if any)*

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

   Defendant is legally responsible for the overall operation of
   the Department and each institution under its jurisdiction including
   Lansing Correctional Facility.

                                                                                    1

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983

3) Defendant ___Jesse Howes___ is a citizen of
*(Name of second defendant)*

___Kansas___ , and is employed as
*(City, state)*

___Warden of the Lansing Correctional Facility___ At the time the
*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

Defendant is legally responsible for the operation of

the Lansing Correctional facility and for the welfare of all inmates.

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

42 U.S.C. § 1985 (3); 42 U.S.C. §§ 12101 -

12213

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

Sunday April 9th 2023, at the Lansing Correctional

Facility at approximately 6:00am, after being assaulted

and stabbed 4 times, I went to the Clinic to recieve medical

care, officers requested that I sign a waiver of protective

custody. I told the officer I would not sign the waiver

and that I would at that moment envoke my right to protective

custody. I was hand cuffed behind my back and relocated to

the A-2 seg housing unity I was kept hand cuffed from 6am to

10:30 am.

Defendant _John Doe_____ is a citizen of
    Name of Third defendant

_Lansing  Kansas____ and is employed as
    City and State

_Captain_____. At the time the
    Position and title, if any

Claim(s) alleged in this complaint arose was this
defendant acting under color of State Law?
yes ☒ NO ☐ . If your answer is yes briefly explain:

Defendant is Captain of Security Staff

at the Lansing Correctional Facility  and on Sunday

April 9th 2023 at 5:50 AM was the Commanding officers

giving orders and instruction as an employee of the State

of Kansas Department of Corrections.

Defendant _____ Shannon _____ is a Citizen of
       Name of Fourth defendant

__ Lansing   Kansas __   and is employed as
       City and State

__ S.O.R.T at LCF __ . At the time the
       Position and title, if any

Claim(s) alleged in this complaint arose was this
defendant acting under color of State Law?
yes ☒ No ☐ . If your answer is yes briefly explain:

__ S.O.R.T security Officer Response Team Officer Shannon __
__ discharged his duty as a Correctional officers for the State __
__ of Kansas Department of Corrections at L.C.F __ .

Defendant, _____ Kouegu _____ is a Citizen of
       Name of Fifth defendant

__ Lansing   Kansas __   and is employed as
       City and State

__ O.I.C officer·In·Command __ . At the time the
       Position and title, if any

Claim (s) alleged in this complaint arose was this
defendant acting under color of State Law?
yes ☒ No ☐ . If your answer is yes briefly explain

O.I.C Kouegu discharged his duty as a Correctional officer
for the State of Kansas Department of Corrections at L.C.F.

Defendant ___Young___ is a citizen of
             Name of Sixth Defendant

___Lansing    Kansas___ and is employed as
      City and State

___C.O 1___. At the time the
    Position and title, if any

Claim(s) alleged in this complaint arose was this
defendant acting under color of State Law?
yes ☒ NO ☐. If your answer is yes briefly explain:

___C.O 1 Young discharged his duty as a___
___Correctional Officer for the State of Kansas___
___Department of Corrections at L.C.F.___

Defendant ___Collins___ is a citizen of
             Name of Seventh Defendant

___Lansing   Kansas___ and is employed as
      City and State

___C.O correctional officer___. At the time the
    Position and title, if any

Claim(s) alleged in this complaint arose was this
defendant acting under color of State Law?
yes ☒ NO ☐. If your answer is yes briefly explain:

___C.O Collins discharged his duty as a Correctional___
___Officer for the State of Kansas Department___
___of Corrections at L.C.F.___

## C.  CAUSE OF ACTION

1)  I allege that the following of my constitutional rights, privileges or immunities have been
violated and that the following facts form the basis for my allegations: (If necessary you
may attach up to two additional pages (8h" x 11") to explain any allegation or to list
additional supporting facts.)

A) (1) Count I:  Failure to Protect

(2) Supporting Facts: (Include all facts you consider important, including names of
persons involved, places and dates. Describe exactly how each defendant is involved.
State the facts clearly in your own words without citing legal authority or argument.):

Plaintiff on Sunday April 9th 2023 at 6:00 AM
roquested Protective Custody after being assaulted and
stabbed four (4) times. S.O.R.T officer Shannon and one
other Correctional officer hand cuffed, Plaintiff and escorted
him to the A-2 seg unit and kept him hand cuffed four(4) hours,

B) (1) Count II:  Neglect of Duty

(2) Supporting Facts:  Correctional Officers Kouegu,
young, Collins, neglected their Duty to protect,
prevent, and stop infliction of unprovoked, unnecessary
unlawful infliction of serious harm and injury

C) (1) Count III: _Excessive use of force_

(2) Supporting Facts: _Plaintiff requested Protective Custody after being assaulted and stabbed (4) times, due to procedural policy plaintiff was handcuffed as a security measure and transfered from the Clinic to the A-2 seg restrictive housing unit._

### D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a)  Parties to previous lawsuit:

   Plaintiffs: _none_

   Defendants: _none_

   b)  Name of court and docket number _none_

   c)  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Not applicable_

   d)  Issues raised _Not applicable_

Count I: Failure to Protect

Count II: Neglect of Duty

Count III: Excessive use of force

Count IV: Bystander Liability

Count V: Deliberate Indifference

Count VI: Unconstitutional Retaliation

Count VII: Inadequate Supervision

Count VIII: Equal Protection Clause

Count VIV: Civil Conspiracy

(C)   (1) Count III: Excessive use of Force

(2)(b) While plaintiff was being ~~eeor~~ escorted out of the clinic the Captain supervising that morning of Sunday ~~Monday~~ March 9th 2023 at 6:00AM, gave the order for plaintiff to be kept handcuffed until further instruction.

① Plaintiff's excessive use of force stems from the use of force by Defendant, Captain of the Lansing Correctional Facility on shift the morning of Sunday March 9th 2023 at 5:50AM.

② After eating breakfast the plaintiff exited the dinning room, and on his way back to his assigned housing unit, was assaulted and stabbed (4) times. Once the attack ended, he continued his return to the housing unit, upon entering the unit, Plaintiff saw blood dripping from his chin.

③ Plaintiff then exited the unit and went to the facility Clinic to have the wounds treated, once finished a prison guard working in the Clinic, contacted the Captains office, Shortly after the Captain and S.O.R.T officer Shannon entered the Clinic. The Captain suggested that Plaintiff sign a P.C. waiver and return to his housing unit.

①

(C)   (1) Count III : Excessive use of force

④   (2)(C). Plaintiff stated that he was not willing to return to his housing unit because he had no manner of defending himself, and wanted to envoke his Constitutional right to protective custody. The Captain at that moment ordered the plaintiff cuffed behind his back by S.O.R.T Shannon, this done only because of standard to policy Procedure, after plaintiff requested Protective Custody.

⑤   Transfer from the clinic to the restrictive housing unit A-2 seg, was in progress when the Captain gave the order for the plaintiff to be kept hand cuffed until further instruction. At this point Plaintiff had not committed any type of disciplinary infraction, nor became combative or argumentative against officers, requiering the need for that level of restraint.

⑦

C) (1) Count III: Excessive Use of Force

⑥  (2)(d) . Once in the A-seg restrictive housing unit, plaintiff was placed in a cage intended for video visitation, where residents generally only remain short amounts of time ranging from 15 to 30 minutes. Residents do at times spend more time than that in the cages due to behavioral management issues, that vary on a case by case basis.

⑦  The cage door was opened by S.O.R.T Shannon, who upon entering the unit had instructed the units housing officers of the Captains orderes, for plaintiff to be kept cuffed, because he had "Checked-in", a term used to identify a resident who is requesting protective custody.

⑧  Plaintiff entered the cage and S.O.R.T Shannon closed the door. Because there was no chair or stool to sit on, plaintiff was forced to remain standing, while still cuffed behind his back. The approximate time was 6:15 AM Sunday April 9th 2023.

③

C)(1) Count III : Excessive Use of Force

⑨   (2)(e). Day Shift and night shift were in transfer of duty, in which the units keys to various **doors, locks, and food ports** are exchanged. Day Shift Officers taking Command of the Unit are named O.I.C Kouegu, C.O.1 Young, C.O Collins.

⑩   Plaintiff remained handcuffed behind his back, with a wound on his Chin leaking blood and Saliva. Despite multiple requests to be uncuffed, Officers would at first respond with refusals and eventually only ignored plaintiff.

⑪   Plaintiff not once threatened, nor provoked the mis-treatment, abuse, and cruel and unusual Punishment. He had not committed any disciplinary infractions, creating the need for the level of unconstitutional harm Caused and unlawful actions taken by the officers.

④

C) (1)  Count III : Excessive use of Force

⑫     (2) (F). Time slowly passed and the Pain
         increased, each second was agonizingly
         excruciating, each and every minute was
         spent standing. Officers non chalantly went
         about their duties, when they weren't sitting
         at the front desk letting time pass.
         other inmates were brought in and Placed
         in shower stalls, uncuffed, processed and
         moved into restrictive housing cells.

⑬     The three inmates that assaulted and
         stabbed plaintiff were brought into the
         A-2 seg restrictive housing unit. Unlike the
         Plaintiff, they were treated with a more
         privileged manner. Being placed in shower
         stalls and given empty Hiland dairy milk
         creates to sit on, the door closed and
         uncuffed. They arrived well after Plaintiff, but were
         transfered into restrictive housing cells well

         before plaintiff.

⑤

C)   (1) Count III : Excessive use of Force

(14)  (2) (a) . After what seemed like an eternity
of pain and suffering, beyond any expected
to have been forced to experience in a life time,
at what appeared to be 10:30 AM,
Officer Kouegu, approached the cage and
ordered plaintiff out of the cage, moving him
to the opposite side of the same cage
that has a much bigger space.

(15)  Once the cage's door was secured the
officer removed the cuffs, the amount
of pain felt in the wrists, elbows,
and shoulders was so excruciating
causing nausea and a need to vomit.
Because Plaintiff had be standing,
sense 6:00 AM once he was released
from the restraints he collapsed to
the floor, at 10:30 AM.

(16)  A short time later officers noticed Plaintiff
was non responsive, and called a medical
code, nurse's arrived along with S.O.R.T
officers. They assessed Plaintiffs injuries
treated the wound on his chin, by 11:30 AM
Plaintiff was transfered to a restrictive
housing cell and the healing process began.

(6)

Count IV : Bystander Liability

① Sunday April 9th 2023, Captain on shift ordered officers to keep plaintiff hand cuffed behind his, from 6:00AM until 10:30 AM only because plaintiff requested to be Placed on Protective Custody.

② Defendants, O.I.c Kouegu, C.O1 Young, C.O Collins, went about any other activity except ending the tortious mis conduct ordered by Defendant Captain of the Lansing Correctional Facility on shift Sunday April 9th 2023 at approximately 6:00AM.

③ Officers Kouegu, young, Collins, neglected their duty to intervene and attempt to end the extreme and agonizing pain endured by plaintiff, therefore functionaly participated in the unconstitutional act.

①

# Count VI : Unconstitutional Retaliation

① Captain of the Lansing Correctional Facility on Sunday April 9th 2023, Retaliated against Plaintiff for merely requesting protective custody, by ordering plaintiff hand cuffed and to be kept cuffed until officers were further instructed

② Plaintiff had been assaulted and stabbed (4) times, after the attack ended, plaintiff went to the facility clinic and recieved medical treatment, shortly after Captain of security staff, offered for plaintiff to sign a P.C. waiver, plaintiff refused to do so.

③ Therefore envoking his right to protective Custody, and without any resistance to restraints part of the Standard Policy Procedure Plaintiff voluntarily allowed Defendants to cuff him up, what is not Standard Policy Procedure was for the Captain to order the Plaintiff to be kept cuffed, without having had been combative or non compliant.

Thus the Captains actions clear act of unconstitutional Retaliation

## Count VIV: Civil Conspiracy

① Defendant, Captain of the Lansing Correctional Facility on Sunday April 9th 2023 at approximately 5:50 AM to 10:30 AM, Conspired along with S.O.R.T Shannon, O.I.C Kouegu, C.O1 Young, C.O. Collins.

② Depriving plaintiff of the Constitutional right to protective custody, and to be free from Cruel and unusual punishment, infliction of pain, harm, and irreperable injury.

③ Defendants Kept Plaintiff hand cuffed behind his back, from approximately 6:00 AM to 10:30 AM, after plaintiff had been assaulted and stabbed by 3 other inmate's. Plaintiff requested protective custody that which is severely frowned upon by other inmates and guards alike. Thus seeming to be the only plausible excuse for the order given by the Captain to keep the plaintiff hand cuffed until further instruction.

④ Plaintiff did not ~~any~~ at any moment ~~atte~~ attempt to resisst restraint nor was he combative with any of the named Defendants. Who's sole purpose and intent was to cause or inflict harm, pain, and injury, including psychological anguish.

①

# Count VIII : Civil Conspiracy

⑤   Defendants kept Plaintiff as described above with the purpose of not only cruely and unusualy punishing Plaintiff for requesting protective custody, but was forced to witness the aprehended inmates that assaulted and Stabbed Plaintiff be brought to the A-2 seg restrictive housing unit yet unlike the Plaintiff, they were provided empty milk crates to sit on, Plaintiff was forced to stand unable to safely sit on floor due to being cuffed behind his back in a very small cage.

⑤   The other inmates were placed in Shower Stall's and uncuffed to be temporarily held while processed and transfered to restrictive housing cells also unlike Plaintiff this process to a maximum of 45 minutes.



Plaintiff has severe irreperable injuries to his arms, wrists, elbows, and shoulders. The pain from the injuries caused on Sunday April 9th 2023 is felt every day during regular tasks and activities.

Plaintiff suffers from neuropathy fibromalgia restlessness syndrome, a nervous system illness without a cure, that has a severe effect on muscle tissue, ligament and tendon injuries that make the healing process longer, if ever possible.

Due to the excessive amount of time plaintiffs arms were cuffed behind his back caused severe injury to plaintiffs shoulders, rotator cuff, significantly reducing range of motion, simply sleeping on his side is an extremely painful experience.

Plaintiff has suffered from multiple mental health disorders for over two decades, the emotional stress, depression, duress, and mental anguish are only worsened by the actions of the Defendants. The KDOC file on Plaintiffs record will show the mental health treatment and counseling that the plaintiff has voluntarily requested and used to help assist plaintiff with copping with Learning and Developemental disabilities sense 2015.

# Request for Relief

Relief: Continued from page 5.

discharging Plaintiff from Post Release Supervision.

③ Plaintiff seeks a Temporary Restraining Order preventing Defendants from causing anymore harm or injury.

④ A order for defendants to pay for medical Costs and expenses for surgical reparative procedures and physical Rehabilitation Therapy, including medication and recovery prosthetic equipment.

⑤ Mental Health Care and psychiatric Therapy and Medication Costs.

⑥ Compensatory and Punitive damages against

① Defendant Captain John Doe, $5,000,000.00
② Defendant S.O.R.T. Shannon, $1,700,000.00
③ Defendant O.I.C Kouegu, $3,700,000.00
④ Defendant C.O 1 Young, $2,600,000.00
⑤ Defendant C.O Collins, $2,300,000.00

Actual damages of $7,000,000.00

Prayer for Relief

A Trial by Jury on all issues triable by jury

Plaintiffs Costs in this suit.

Any additional relief this court deems just proper, and equitable.

Dated: 12-12-2023

Respectfuly Submitted,

Jose Daniel Lazos
800 N. Main St
Newton, KS 67114

Verification

I have read the following Complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.
Executed at the Harvey County Detention Center
Newton Kansas on 12-12-2023       Jose Daniel Lazos

e) Approximate date of filing lawsuit _none_____

f) Approximate date of disposition _none_____

1) I have previously sought informal or formal relief from the appropriate administrative

officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is

"Yes", briefly describe how relief was sought and the results. If you answer is "No",

briefly explain why administrative relief was not sought.

I filed Grievances at the L.C.F none were responded to or returned to me. I also filed an Injury Claim that has been denied, I've appealed to the Secretary of Corrections, Two and a half months have passed with no response.

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

① A declaration that the acts and omissions described herein violated Plaintiffs rights under the Constitution and laws of the United States. ② A preliminary and permanent injunction ordering Defendant, Jeff Zmuda secretary of Corrections to release plaintiff from Custody of the Kansas Department of Corrections,

_____
Signature of Attorney (if any)

_____
Signature of Plaintiff

_____

_____

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983